IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA     PLAINTIFF

v.     Case No. 6:23-cr-60016

STACY CHILDS     DEFENDANT

## ORDER

    Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 56. Judge Bryant recommends that Defendant's Motion to Withdraw Motion to Vacate (ECF No. 55) be granted and that Defendant's Motion to Vacate (ECF No. 51) be dismissed without prejudice. No party has objected to the R&R, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1).

    Upon review, finding no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court hereby adopts the R&R (ECF No. 56) in toto. Accordingly, Defendant's Motion to Withdraw Motion to Vacate (ECF No. 55) is hereby **GRANTED**. Defendant's Motion to Vacate (ECF No. 51) is hereby **DISMISSED WITHOUT PREJUDICE**.

    **IT IS SO ORDERED**, this 12th day of August, 2025.

    /s/ Susan O. Hickey
    Susan O. Hickey
    Chief United States District Judge